Benjamin N. Gluck - State Bar No. 203997
Ashley D. Bowman - State Bar No. 286099
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Paul S. Singh

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Paul S. Singh,<br><br>    Defendant. | CASE NO. 1:15-cr-00212-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date:   November 23, 2015<br>Time:   10:00 AM<br>Crtrm.: 2<br><br>Assigned to Hon. Hon. Anthony W. Ishii |

Defendant Paul S. Singh ("Defendant") and Plaintiff United States of America ("Plaintiff") (collectively, "Parties"), by and through their counsel of record, stipulate as follows:

1. The Parties have recently received, and anticipate further receipt of, additional discovery pertinent to Defendant's Sentencing Hearing in the above-captioned matter.

2. To facilitate the exchange and thorough review of this additional discovery, the Parties agree jointly request that the Defendant's Sentencing Hearing be continued 90 days, from November 23, 2015 to February 22, 2016, or to a date thereafter that is amenable to Court.

DATED:  October 16, 2015     Benjamin N. Gluck
                             Ashley D. Bowman
                             Bird, Marella, Boxer, Wolpert, Nessim,
                             Drooks, Lincenberg & Rhow, P.C.


                             By:    /s/ Ashley D. Bowman
                                       Ashley D. Bowman
                                    Attorneys for Paul S. Singh

DATED:  October 16, 2015     Benjamin B. Wagner
                             Patrick R. Delahunty
                             Kirk E. Sherriff
                             Assistant U.S. Attorneys


                             By:    /s/ Patrick R. Delahunty
                                       Patrick R. Delahunty
                                    Attorneys for the United States of America

## **ORDER**

Based upon the joint stipulation of counsel, and good cause appearing, the Parties' request to continue the Sentencing Hearing for Paul S. Singh from November 23, 2015 to February 22, 2016 is GRANTED.

IT IS SO ORDERED.

Dated:   October 16, 2015

SENIOR  DISTRICT  JUDGE