BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>PAUL S. SINGH,<br><br>                    Defendant. | CASE NO. 1:15-CR-00212 AWI<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCE HEARING |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective counsel, Patrick R. Delahunty and Kirk E. Sherriff, counsel for the United States, and Benjamin N. Gluck and Ashley Bowman, counsel for the defendant Paul S. Singh, that:

1. Whereas, a sentencing hearing in this matter is currently set for February 22, 2016 at 10 am.
2. Whereas, substantial sentencing memorandums and information from the Probation Office has been provided to the Court for consideration; and,
3. Whereas, new victim impact statements were received by the Probation Office from several victims on or about February 17, 2016.
4. Whereas, the government anticipates filing a response brief to the Defendant's Sentencing Memorandum, which was filed on Wednesday, February 17, 2016; and,
5. Whereas, the Defendant anticipates filing a reply to the government's response.

6. Therefore, the Parties jointly request and stipulate to a continuance of the sentencing hearing from February 22, 2016 to March 7, 2016 at 10:00 am or to a date thereafter that the Court deems appropriate.

7. Therefore, the government will file its response brief no later than Wednesday February 24, 2016; the defendant will file any reply brief no later than March 1, 2016, and the government reserves the right to file a sur-reply brief on March 2, 2016.

Dated:  February 19, 2016                           BENJAMIN B. WAGNER
                                                    United States Attorney


                                                    */s/ Patrick R. Delahunty*
                                                    PATRICK R. DELAHUNTY
                                                    Assistant United States Attorney


                                                    */s/ Ashley Bowman*
                                                    ASHLEY BOWMAN
                                                    Attorney for Defendant

**ORDER**

The Court, having reviewed the stipulation and pleadings filed in this matter, finds that good cause exists to continue the sentencing hearing in this matter from February 22, 2016 to March 7, 2016 at 10:00 am.  The government will file its response brief to Defendant's Sentencing Memorandum no later than Wednesday February 24, 2016; the defendant will file any reply brief no later than March 1, 2016, and the government reserves the right to file a sur-reply brief on March 2, 2016.

IT IS SO ORDERED.

Dated:   February 19, 2016                          _____
                                                    SENIOR  DISTRICT  JUDGE