PHILLIP A. TALBERT
Acting United States Attorney
PATRICK R. DELAHUNTY
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00212 AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING AND DATE OF DEFENDANT'S SURRENDER TO THE BUREAU OF PRISONS |
| v. | |
| PAUL S. SINGH, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective counsel, Patrick R. Delahunty and Kirk E. Sherriff, counsel for the United States, and Benjamin N. Gluck and Ashley Bowman, counsel for the defendant Paul S. Singh, that:

1. Whereas, the defendant was sentenced on March 7, 2016.

2. Whereas, a restitution hearing in this matter is currently set for May 9, 2016 at 10 am.

3. Whereas, the defendant's date for self-surrender to serve his sentenced period of imprisonment at an institution designated by the Bureau of Prisons is June 6, 2016.

4. Whereas, the government recently learned of a number of victims who did not receive restitution claim forms and who have requested replacement forms. To accommodate their request, and to help avoid the possibility of any future motions seeking to amend a final restitution order, the parties agree that that the restitution hearing in this matter be continued

1. to June 13, 2016, provided the defendant's surrender date to the Bureau of Prisons is also continued, as agreed upon below.

5. Whereas, the proposed and agreed-upon new date for a restitution hearing on June 13, 2016 is more than 90 days after the defendant's sentencing hearing. The parties agree that, pursuant to *Dolan v. United States*, 560 U.S. 605, 608 (2010), the Court previously ordered that the defendant pay restitution, which satisfies the deadline set in 18 U.S.C. § 3664(d)(5). *See* ECF Nos. 32 and 38; *and compare* ECF No. 2 (plea agreement including agreement to pay mandatory restitution in an amount not less than $47,457). The parties agree that, pursuant to *Dolan*, the determination of the amount and apportionment of restitution may occur either by stipulation or at the continued restitution hearing.

6. Whereas, the defendant intends, and has the right to, attend his restitution hearing. To accommodate this, in the event that the restitution hearing is continued, he has requested that his surrender date be continued to June 20, 2016. This would allow him to be present at a restitution hearing without the government requesting a writ for his appearance (which would be necessary if his term of imprisonment commenced prior to the date of his restitution hearing). In light of this, and in the interest of justice, the government does not oppose the defendant's request to continue his date of surrender to June 20, 2016 at 2 pm to the Bureau of Prisons.

IT IS SO STIPULATED.

Dated:  May 2, 2016                            BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/ Patrick R. Delahunty*
                                               PATRICK R. DELAHUNTY
                                               Assistant United States Attorney


                                               */s/ Ashley Bowman*
                                               ASHLEY BOWMAN
                                               Attorney for Defendant

Stipulation to Continue
Restitution Hearing and Defendant's Surrender; Order

**ORDER**

The Court, having reviewed the stipulation and pleadings filed in this matter, finds that good cause exists to continue the restitution hearing in this matter from May 9, 2016 to June 13, 2016 at 10:00 am. Additionally, the Court finds that good cause exists to, and the ends of justice are supported by, a continuance of the defendant's date of surrender to the Bureau of Prisons to June 20, 2016 at 2 pm.

IT IS SO ORDERED.

Dated:   May 3, 2016                                         _____
                                                                         SENIOR DISTRICT JUDGE