1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PATRICK R. DELAHUNTY
   KIRK E. SHERRIFF
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Plaintiff
   United States of America




## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL S. SINGH,<br><br>    Defendant. | CASE NO. 1:15-CR-00212- AWI (BAM)<br><br>[PROPOSED] ORDER SEALING AN UNREDACTED VERSION OF THE GOVERNMENT'S RESTITUTION MEMORANDUM<br><br>Sentencing Date: June 13, 2016<br>Time:            10:00 a.m.<br>Court No.:       Two<br>                 (Hon. Anthony W. Ishii) |

Good cause appearing, it is hereby ORDERED that the unredacted version of the Government's Restitution Memorandum (the "Memorandum"), including the attachments to the Memorandum, are filed under seal. The unredacted version, specifically, attachments to the Memorandum, reflect personal and private medical information of multiple patients who are the victims of Dr. Singh's offense in this matter. A redacted copy of the Memorandum shall be filed in the public record.

Dated: June 8, 2016

HON. ANTHONY W. ISHII
U.S. DISTRICT COURT JUDGE