PHILLIP A. TALBERT
Acting United States Attorney
PATRICK R. DELAHUNTY
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00212 AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE THE RESTITUTION HEARING |
| v. | |
| PAUL S. SINGH, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective counsel, Patrick R. Delahunty and Kirk E. Sherriff, counsel for the United States, and Benjamin N. Gluck and Ashley Bowman, counsel for the defendant Paul S. Singh, that:

1. Whereas, a restitution hearing in this matter is currently set for June 13, 2016 at 10 am;

2. Whereas, restitution memorandums and information from the Probation Office has been provided to the Court for consideration;

3. Whereas, the parties stipulate and agree that restitution may be awarded to the victims identified in Section B of the Government's Restitution Memorandum in the amounts stated therein;

4. Whereas, the parties stipulate and agree that the remaining restitution claims in Section C of the Government's Restitution Memorandum are disputed and the Court may determine the

Stipulation to Continue
Restitution Hearing; Order

1

appropriate amount of restitution, if any, on the basis of the arguments set forth in the parties' respective restitution memorandums and briefs and that the hearing set for June 13, 2016 at 10 am may be vacated.

Dated: June 13, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Patrick R. Delahunty*
PATRICK R. DELAHUNTY
Assistant United States Attorney

*/s/ Ashley Bowman*
ASHLEY BOWMAN
Attorney for Defendant

**ORDER**

The Court, having reviewed the stipulation and pleadings filed in this matter, finds that good cause exists to vacate the restitution hearing in this matter on June 13, 2016 at 10:00 am. Restitution awards, to the extent there are any, will be determined on the basis of the briefing by the parties filed for the hearing and the parties' stipulation regarding the same.

IT IS SO ORDERED.

Dated: June 10, 2016

SENIOR DISTRICT JUDGE

Stipulation to Continue
Restitution Hearing; Order

2