PHILLIP A. TALBERT
Acting United States Attorney
PATRICK R. DELAHUNTY
KIRK E. SHERRIFF
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL S. SINGH,<br><br>Defendant. | CASE NO. 1:15-CR-00212- AWI (BAM)<br><br>ORDER SEALING AN UNREDACTED VERSION OF THE GOVERNMENT'S SUPPLEMENTAL RESTITUTION MEMORANDUM |

    Good cause appearing, it is hereby ORDERED that the unredacted version of the Government's Supplemental Restitution Memorandum (the "Memorandum"), including Attachments D, E, and F to the Memorandum, are filed under seal. The unredacted version, specifically, Attachments D, E, and F to the Memorandum, reflect personal and private medical information of multiple patients who are the victims of Dr. Singh's offense in this matter. A redacted copy of the Memorandum shall be filed in the public record.

IT IS SO ORDERED.

Dated:  July 20, 2016            _____
                                            SENIOR DISTRICT JUDGE