McGREGOR W. SCOTT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>PAUL S. SINGH,<br><br>          Defendant and Judgment Debtor.<br> | CASE NO. 1:15-CR-00212-AWI<br><br>STIPULATION FOR ORDER OF GARNISHMENT OF RETIREMENT FUNDS<br><br>[No Hearing Requested] |
| FIDELITY INVESTMENTS,<br>(And its Successors and Assignees)<br><br>          Garnishee.<br> | |

The parties, the United States of America ("United States") and the defendant/judgment debtor, Paul S. Singh ("Singh"), agree and stipulate as follows:

1.      On March 7, 2016, Singh was sentenced in case number 1:15-CR-00212-AWI, and in the Third Amended Judgment filed on August 11, 2016, Singh was ordered to pay a statutory assessment of $100.00, a fine of $25,000.00 and $66,799.92 in restitution. As of November 21, 2019, the balance owing on the judgment is $85,490.38.

2.      The United States seeks to enforce the criminal monetary penalties the Court imposed against Singh in the underlying criminal case referenced above. A writ of garnishment is an authorized remedy under the Federal Debt Collection Procedures Act ("FDCPA") to recover a judgment on a debt. *See* 28 U.S.C. § 3002(9).

3.      Fidelity Investment has in its possession, custody, and control, property of Singh, *to wit*, a Roth IRA retirement account ending in #5417 ("IRA Account") with an estimated balance of $30,269.37.

4.      In order to partially satisfy the assessments, fine, and restitution, the parties stipulate that the Court issue an order directing Fidelity Investments to pay $30,269.37 of Singh's IRA Account to the Clerk of the Court to be applied towards the assessments, fines, and restitution.

5.      Singh agrees that $30,269.37 of the funds currently held in the IRA Account shall be paid and sent to the Clerk of the Court to be applied to the balance due on the judgment.

6.      Singh waives service pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. 15 § 3205, and further waivers the right to a hearing under § 3205 and any other process to which Singh may be entitled under the Federal Debt Collection Procedures Act of 1990.

7.      The parties agree and stipulate to the entry of a Final Order of Garnishment against the IRA Account. It is expressly agreed and stipulated to by the parties that Fidelity Investments shall pay, to the Clerk of the Court for the Eastern District of California, $30,269.37 from Singh's IRA Account.

8.      A check should be made payable and mailed to:

>       United States District Court
>       Clerk of the Court
>       501 I Street, Suite 4-200
>       Sacramento, California 95814

9.      Singh has been told and understands that entering into this voluntary Stipulated Garnishment will not remove his name from being on the Treasury Offset Program, in the event the funds in the IRA Account are insufficient to satisfy restitution in full.

///
///
///
///
///
///
///

STIPULATION FOR ORDER OF
GARNISHMENT

1    　　　　10.　　The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the

2    case, if necessary.

3

4    FOR THE UNITED STATES:                     Respectfully submitted,

5                                               McGREGOR W. SCOTT
                                                United States Attorney
6

7    Dated: November 21, 2019          By:     /s/*Robin Tubesing*
                                                ROBIN TUBESING
8                                               Assistant United States Attorney

9    FOR THE DEFENDANT:

10

11   Dated: November 21, 2019          By:      /s/*Paul S. Singh*
                                                PAUL S. SINGH, in pro per
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# O R D E R

The Court, having reviewed the court files and the Parties' Stipulation and Order of Garnishment (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1.    Fidelity Investment shall garnish Singh's IRA Account in the amount of $30,269.37, representing the balance of the IRA Account.

2.    Fidelity Investment shall pay $30,269.37, to the Clerk of the Court for the Eastern District of California, within twenty (20) days from service of this order.

3.    Fidelity Investment shall deliver a cashier's check, money order, or company draft in the amount of $30,269.37, made payable and mailed to:

> United States District Court
> Clerk of the Court
> 501 I Street, Suite 4-200
> Sacramento, California 95814

Fidelity Investment shall state the case name and number (U.S. v. Paul S. Singh, Case No. 1:15-cr-00212-AWI) on the payment instrument and if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

Dated:   November 22, 2019       _____

                                SENIOR  DISTRICT  JUDGE